B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Fox Valley Suzuki Oak Lawn, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>20-5227719 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>10201 South Cicero Ave<br>Oak Lawn, IL<br>ZIP Code: 60453 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     *** David J. Schwab 6204333 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): Fox Valley Suzuki Oak Lawn, Inc. |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Fox Valley Suzuki Oak Lawn, Inc. |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ David J. Schwab
Signature of Attorney for Debtor(s)

David J. Schwab  6204333
Printed Name of Attorney for Debtor(s)

Ralph, Schwab & Schiever, Chartered
Firm Name

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
Address

847-367-9699  Fax: 847-367-9621
Telephone Number

April 15, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Daniel F. Sledz
Signature of Authorized Individual

Daniel F. Sledz
Printed Name of Authorized Individual

President
Title of Authorized Individual

April 15, 2009
Date

In re  Fox Valley Suzuki Oak Lawn, Inc. ,   Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Fox Valley Auto Mall, Inc.<br>Northern District of Illinois | 09-13436<br>Affiliate | 04/15/09<br>Goldgar |
| WTM, Inc. | Affiliate | 04/15/09 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Fox Valley Suzuki Oak Lawn, Inc.         Case No.
                                                  Debtor(s)        Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ACC Consumer Finance<br>Attn: Jeffrey Hall<br>10770 Wateridge Circle, Suite 250<br>San Diego, CA 92121 | ACC Consumer Finance<br>Attn: Jeffrey Hall<br>10770 Wateridge Circle, Suite 250<br>San Diego, CA 92121 | Missing equipment: James Sowder 2007 Hyundai Sonata | | 2,133.71 |
| ADP Commercial Leasing<br>P.O. Box 34656<br>Newark, NJ 07189 | ADP Commercial Leasing<br>P.O. Box 34656<br>Newark, NJ 07189 | Trade debt | | 1,263.09 |
| ADP Dealer Service<br>P.O. Box 88921<br>Chicago, IL 60695 | ADP Dealer Service<br>P.O. Box 88921<br>Chicago, IL 60695 | Trade debt | | 10,395.21 |
| Autotrader.com<br>P.O. Box 932207<br>Atlanta, GA 31193 | Autotrader.com<br>P.O. Box 932207<br>Atlanta, GA 31193 | Trade debt | | 11,000.00 |
| Carquest of Worth<br>6603 W. 111th St.<br>Worth, IL 60482 | Carquest of Worth<br>6603 W. 111th St.<br>Worth, IL 60482 | Trade debt | | 2,721.61 |
| CitiFinancial Auto<br>4000 Regent Blvd.<br>Station 2 C2A-210<br>Irving, TX 75063 | CitiFinancial Auto<br>4000 Regent Blvd.<br>Station 2 C2A-210<br>Irving, TX 75063 | Buy back - Annie Tunstall 2006 Monte Carlo | | 15,557.71 |
| CitiFinancial Service<br>P.O. Box 182280<br>Columbus, OH 43218-2280 | CitiFinancial Service<br>P.O. Box 182280<br>Columbus, OH 43218-2280 | Reserves owed | | 1,073.25 |
| Citizens Automobile Finance<br>Attn: Kathy Silva<br>480 Jefferson Blvd<br>Warwick, RI 02886 | Citizens Automobile Finance<br>Attn: Kathy Silva<br>480 Jefferson Blvd<br>Warwick, RI 02886 | Reserves owed | | 741.82 |
| Crosave<br>5240 Thatcher Rd.<br>Downers Grove, IL 60515 | Crosave<br>5240 Thatcher Rd.<br>Downers Grove, IL 60515 | Trade debt | | 540.00 |
| Dan Sledz<br>c/o Fox Valley Suzuki Oak Lawn, Inc<br>2175 E. New York St.<br>Aurora, IL 60502 | Dan Sledz<br>c/o Fox Valley Suzuki Oak Lawn, Inc<br>2175 E. New York St.<br>Aurora, IL 60502 | Notes payable | | 200,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Fox Valley Suzuki Oak Lawn, Inc.      Case No.

               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dealix Corp<br>Dept. CH 17309<br>Palatine, IL 60055 | Dealix Corp<br>Dept. CH 17309<br>Palatine, IL 60055 | Trade debt | | 753.50 |
| Erik Molter<br>1075 Prairie<br>Naperville, IL 60540 | Erik Molter<br>1075 Prairie<br>Naperville, IL 60540 | Insurance | | 561.00 |
| Fifth Third Bank<br>Attn: James M. Brown<br>1850 East Paris Ave CSC 1<br>Grand Rapids, MI 49546 | Fifth Third Bank<br>Attn: James M. Brown<br>1850 East Paris Ave CSC 1<br>Grand Rapids, MI 49546 | Reserves owed | | 952.46 |
| Fox Valley Auto Mall, Inc.<br>2175 East New York St.<br>Aurora, IL 60504 | Fox Valley Auto Mall, Inc.<br>2175 East New York St.<br>Aurora, IL 60504 | Notes payable | | 951,412.18 |
| Imagiclab<br>400 Red Brook Blvd.<br>Owings Mills, MD 21117 | Imagiclab<br>400 Red Brook Blvd.<br>Owings Mills, MD 21117 | Trade debt | | 5,000.00 |
| Kelley Blue Book<br>P.O. Box 80007<br>City Of Industry, CA 91716 | Kelley Blue Book<br>P.O. Box 80007<br>City Of Industry, CA 91716 | Trade debt | | 1,050.00 |
| Matrix Consultants<br>4216 W. Jefferson Blvd.<br>Los Angeles, CA 90016 | Matrix Consultants<br>4216 W. Jefferson Blvd.<br>Los Angeles, CA 90016 | Trade debt | | 1,000.00 |
| Sopus Products<br>P.O. Box 7247-6236<br>Philadelphia, PA 19170 | Sopus Products<br>P.O. Box 7247-6236<br>Philadelphia, PA 19170 | Trade debt | | 1,199.00 |
| Wells Fargo Auto Finance<br>P.O. Box 29704<br>Phoenix, AZ 85038 | Wells Fargo Auto Finance<br>P.O. Box 29704<br>Phoenix, AZ 85038 | Reserves owed | | 1,127.02 |
| WMCarnet<br>1477 E. Apple Ave.<br>Muskegon, MI 49442 | WMCarnet<br>1477 E. Apple Ave.<br>Muskegon, MI 49442 | Trade debt | | 1,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 15, 2009      Signature  /s/ Daniel F. Sledz
                                                                                Daniel F. Sledz
                                                                                President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

1st Ayd Corporation
P.O. Box 5298
Elgin, IL 60121


ACC Consumer Finance
9191 Towne Center Drive
Suite 220
San Diego, CA 92122


ACC Consuner Finance
Attn: Jeffrey Hall
10770 Waterridge Circle, Suite 250
San Diego, CA 92121


ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189


ADP Dealer Service
P.O. Box 88921
Chicago, IL 60695


Affiliated Finance Corp
13680 Northwest 5th St.
Suite 220
Sunrise, FL 33325


Airgas
P.O. Box 802588
Chicago, IL 60680


Albukerk & Associates
3025 W 26th St.
Floor 2
Chicago, IL 60623


Alejandro Acuna
15471 Ridgeway
Markham, IL 60428


All Guard Auto Alarms, Inc.
11935 S. Cicero Ave.
Alsip, IL 60803

```
Allied Waste Service #721
P.O. Box 9001154
Louisville, KY 40290


Americredit
P.O. Box 183113
Arlington, TX 76096


Americredit
P.O. Box182974
Arlington, TX 76096-2974


AT&T
P.O. Box 8100
Aurora, IL 60507


Auto USA
P.O. Box 406909
Atlanta, GA 30384


Autointernet Marketing
2495 Enterprise Rd.
Clearwater, FL 33763


Autotrader.com
P.O. Box 932207
Atlanta, GA 31193


Autotransport.com, Inc.
3950 W. 155th St.
Markham, IL 60428


Autotropolis.com
12950 Racetrack Rd.
Tampa, FL 33626


Bayview Enterprises
P.O. Box 534
Bloomingdale, IL 60108


Berwyn Police Dept.
6401 W. 31st St.
Berwyn, IL 60402
```

```
Bluesky
5000 Executive Parkway
Suite 275
San Ramon, CA 94583


Capital One
5960 W. Parker Rd. #278
PMB 234
Plano, TX 75093


Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093


Capital One Auto Finance
P.O. Box 260848
Plano, TX 75026-0848


Car.com
P.O. Box 30860
Los Angeles, CA 90030


Carfax, Inc.
P.O. Box 79001
Detroit, MI 48279


Carnica, Inc.
1575 East Oakton
Des Plaines, IL 60018


Carquest of Worth
6603 W. 111th St.
Worth, IL 60482


Carsforsale.com, Inc.
113 East Spruce
Beresford, SD 57004


Certegy Check Guarantee
P.O. Box 30038
Tampa, FL 33630-3038
```

```
Chase Auto Finance
Recovery Support, AZ1-1196
201 N. Central Ave., Floor 12
Phoenix, AZ 85004


Chase Custom Finance
P.O. Box 29588
Phoenix, AZ 85038


Chase Custom Finance
201 N. Central Ave. AZ1-1209
Phoenix, AZ 85004


CIQ
611 Druid Rd.
Suite 405
Clearwater, FL 33756


CitiFinancial Auto
4000 Regent Blvd.
Station 2 C2A-210
Irving, TX 75063


CitiFinancial Auto
2208 Highway 121, Suite 100
Bedford, TX 76021


CitiFinancial Service
P.O. Box 182280
Columbus, OH 43218-2280


Citizens Automobile Finance
Attn: Kathy Silva
480 Jefferson Blvd
Warwick, RI 02886


Citizens Automobile Finance
480 Jefferson Blvd
Warwick, RI 02886


Comcast Cable
P.O. Box 3001
Southeastern, PA 19398
```

ComEd
Bill Payment Center
Chicago, IL 60668


Copy King Office Solutions, Inc.
1815 Wallace Ave.
Suite 309
Saint Charles, IL 60174


Cox Auto Trader
P.O. Box 17359
Clearwater, FL 33762


CPB Real Estate Partners, LLC
c/o Dan Sledz
2175 E. New York St.
Aurora, IL 60502


Cresent Bank and Trust
7345 W. 100th Place, Suite 101
Bridgeview, IL 60455


Crosave
5240 Thatcher Rd.
Downers Grove, IL 60515


Customerfunding.com, Inc.
P.O. Box 24255
Tempe, AZ 85282


Dan Sledz
c/o Fox Valley Suzuki Oak Lawn, Inc
2175 E. New York St.
Aurora, IL 60502


Dealerink
14221 Ballantyne Country
Charlotte, NC 28277


Dealeron, Inc.
5515 Security Lane
Rockville, MD 20852

```
Dealerskins
P.O. Box 3808
Norfolk, VA 23514


Dealix Corp
Dept. CH 17309
Palatine, IL 60055


Dealix Corporation
Dept CH 17309
Palatine, IL 60055


Deleware Place Bank
190 East Deleware Place
Chicago, IL 60611


Drive Financial
Attn: Product Cancellations
8585 N. Stemmons Frwy, Ste 1000 N.
Dallas, TX 75247


Drive Financial Services
Attn: Accounting Dept.
8585 N. Stemmons Freeway
Dallas, TX 75247


Drive Financial Services
8585 W. Stemmons Freeway
Suite 1100
Dallas, TX 75247


Ebay, Inc.
P.O. Box 2179
Carol Stream, IL 60132


Erik Molter
1075 Prairie
Naperville, IL 60540


FedEx
P.O. Box 94515
Palatine, IL 60094
```

Fifth Third Bank
Attn: James M. Brown
1850 East Paris Ave CSC 1
Grand Rapids, MI 49546

Fifth Third Bank
5050 Kingsley Dr.
Cincinnati, OH 45227

Financial Services
5201 Rufe Snow Dr.
North Richland Hills, TX 76180

Flagship Credit Corp
3 Christy Drive, Suite 203
Chadds Ford, PA 19317

Flagship Credit Corp
3 Christy Dr., Suite 203
Chadds Ford, PA 19317

Focus, Inc.
8404 Wilsky Blvd.
Tampa, FL 33615

Fox Valley Auto Mall, Inc.
2175 East New York St.
Aurora, IL 60504

Future Finance
15859 S. Ridgeland, Suite D
Oak Forest, IL 60452

Hertz Local Edition
P.O. Box 268825
Oklahoma City, OK 73126

Illiana Financial, Inc.
P.O. Box 1127
Elmhurst, IL 60126

Imagiclab
400 Red Brook Blvd.
Owings Mills, MD 21117

Interactive Financial Marketing
P.O. Box 3854
Norfolk, VA 23514


Interstate Battery System
8500 191 St.
Suite 9
Mokena, IL 60448


J&R Automotive, Inc.
889 N. Larch
Elmhurst, IL 60126


Kelley Blue Book
P.O. Box 80007
City Of Industry, CA 91716


Kelmscott Communications
620 N. Highland Ave.
Aurora, IL 60506


Lease Link
P.O. Box 6129
New York, NY 10087-6129


Liquid Motors
1755 N. Collins Blvd
Richardson, TX 75080


Marquette Consumer Finance
3033 Campus Dr.
Suite N150
Plymouth, MN 55441


Matrix Consultants
4216 W. Jefferson Blvd.
Los Angeles, CA 90016


Modern Consumer
270 Lafayette St.
Suite 201
New York, NY 10012

Nicor Gas
P.O. Box 416
Aurora, IL 60568


Office Assistants, Inc.
9722 South Cicero Ave.
Oak Lawn, IL 60453


Roadrunners Autotransport, Inc.
3920 W. 155th St.
Markham, IL 60428


Sopus Products
P.O. Box 7247-6236
Philadelphia, PA 19170


The Hercules Tire & Rubber Company
2225 North Ave.
Suite B
Melrose Park, IL 60160


Thomas Martin
1511 78th St.
Chicago, IL 60620


Tire Rack
7101 Vorden Parkway
South Bend, IN 46628


Triad Financial Corp
7711 Center Ave., Suite 100
Huntington Beach, CA 92647


United Advertising Media
650 W. Grand Ave.
Elmhurst, IL 60126


Village of Alsip, Illinois
P.O. Box 76935
Cleveland, OH 44101-6500


Wachovia Dealer Services
Attn: Rebates
1721 Moon Lake Blvd #200
Hoffman Estates, IL 60169

```
Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ 85038


Wells Fargo Auto Finance
2501 Seaport Dr.
Suite BH 300
Chester, PA 19013-1510


WMCarnet
1477 E. Apple Ave.
Muskegon, MI 49442
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  Fox Valley Suzuki Oak Lawn, Inc.                                    Case No.
                                        Debtor(s)                          Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Fox Valley Suzuki Oak Lawn, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


April 15, 2009                              /s/ David J. Schwab
Date                                        David J. Schwab 6204333
                                            Signature of Attorney or Litigant
                                            Counsel for  Fox Valley Suzuki Oak Lawn, Inc.
                                            Ralph, Schwab & Schiever, Chartered
                                            175 East Hawthorn Parkway
                                            Suite 345
                                            Vernon Hills, IL 60061
                                            847-367-9699 Fax:847-367-9621